**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**FRANK J. JOCHER**
**MATTHEW F. MILLER**

May 9, 2005

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

2005 MAY 18

UNITED STATES

William H. Walls, USDJ
Martin Luther King, Jr.
Federal Building & Courthouse
50 Walnut street, Room 4046
Newark, New Jersey 07102

                              RE:    ENTES, Michael
                                     Dkt. No. 00-00683-002
                                     <u>Request for Hearing to Address</u>
                                     <u>Third Party Risk</u>

Dear Judge Walls:

      On November 8, 2001, the above-referenced offender was sentenced by Your Honor to 67 months of imprisonment followed by a 3 year term of supervised release for the offense of Conspiracy to Commit Wire Fraud and Wire Fraud. Special conditions imposed by the Court included: urinalysis testing an/or drug treatment; financial disclosure; no new debt; he was ordered to pay $120,000 in restitution and a $200 special assessment. As a further special condition of supervised release, Mr. Entes was ordered to refrain from employment in real estate mortgage banking. On March 19, 2005, Michael Entes was released from the custody of the Bureau of Prisons and his period of federal supervision commenced.

      Since his release from custody, Michael Entes has resided in Brooklyn, New York and is being supervised by the Probation Office for the Eastern District of New York. Their office is requesting clarification of Entes' employment restrictions. While a resident at the Community Corrections Center, Mr. Entes secured employment with Core Abstract, Inc. Entes initially advised the probation officer that he was a title searcher. After further inquiry, the offender stated he worked as a clerk for Core Abstract. The probation officer visited the work site and found that a mortgage company is located on the premises and shares office space with Core Abstract. The probation officer spoke with the president of the mortgage company, Galina Zhigun, who advised that Mr. Entes works for her and does a good job. The offender disputed Ms. Zhigun claims, clarifying that he is sometimes called upon to research information for Zhigun. During an inspection of the offender's workstation, the probation officer observed an appraisal report and property deed on his desk. The offender was told that his employment was unacceptable, due to obvious collusion, concerns about his truthfulness and Judge Walls' order that he refrain from real estate mortgage banking. As such, the offender should not be allowed to work for an abstract or title company, as title insurance companies, mortgagors, and mortgagees are vulnerable.

Mr. Entes refuses to willfully leave his place of employment and has requested that a hearing be held to address the matter.

At this time we are requesting that Your Honor schedule a hearing to address whether or not the offender is in violation of the of the special condition which states, he shall refrain from real estate mortgage banking.

Should Your Honor request an alternative course of action, please advise. Below is a check list for your Honor's consideration and response.

We remain available at (973) 645-4738 should the Court wish to discuss this matter further.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Luis R. González
Senior U.S. Probation Officer

/lrg
Enclosure

(1) __X__ The Court concurs with the recommendation of the probation office and orders that a hearing be held on: _June 1, 2005, 10:00 a.m._

(2) _____ OTHER: _____

_____
Honorable William H. Walls         Date

cc: Richard Constable, AUSA
    Frank McClain-Sewer, Esq.